623

ALAN SCHWARTZ, D.V.M. v. NEW JERSEY STATE BOARD OF
VETERINARY MEDICAL EXAMINERS.

June 12, 1984.

Petition for certification denied.

WEST SIDE PRESBYTERIAN CHURCH OF THE VILLAGE OF
RIDGEWOOD v. BOARD OF ADJUSTMENT OF THE
VILLAGE OF RIDGEWOOD, NEW JERSEY.

June 12, 1984.

Certification is granted, and the matter is summarily remand-
ed to the Appellate Division to consider on the merits the
propriety of the Board's denial of plaintiff's variance applica-
tion.

Jurisdiction is not retained.

HENRY E. SCHROEDER v. EDITH BRISTOW.

June 12, 1984.

Petition for certification denied.